IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **Philip Morgan Ireland,**<br>*Plaintiff,* | §<br>§<br>§ | |
| **v.** | §<br>§ | 6:24-CV-00576-ADA-JCM |
| **Patrick Simmons,**<br>**Judge Linda K. Grant,**<br>**Daniel Ralstin**<br>*Defendants.* | §<br>§<br>§<br>§<br>§ | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske (ECF No. 4) regarding a motion to remand this case to State Court (ECF No. 3). The report recommends that the *EMERGENCY Motion to Remand* be **GRANTED**. The report and recommendation was filed on November 18, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections. Plaintiff filed a separate motion requesting recusal on November 21, 2024. ECF No. 5. This did not contain objections to the Report and Recommendation. *See id.*

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske (ECF No. 4) is **ADOPTED**.

**THEREFORE,** it is ordered that this cause be remanded to the 87th Judicial District Court in Freestone County, Texas.

**SIGNED** this 13th day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE